

# Fourth Court of Appeals
## San Antonio, Texas

March 13, 2020

No. 04-19-00044-CV

**TITLE SOURCE, INC.,**
Appellant

v.

**HOUSECANARY, INC.,** formerly known as Canary Analytics, Inc.,
Appellees'

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

## O R D E R

On March 9, 2020, appellant filed a Motion for Leave to File Response to Appellee's Post-Submission Letter Brief. After consideration, appellant's motion is GRANTED.

It is so **ORDERED** on March 13, 2020.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
Clerk of Court

